UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
|  | ) | CR410-153 |
| v. | ) | VIO: 21 U.S.C. § 846 |
|  | ) | Conspiracy to Possess with Intent to |
| HERMAN FELIX WILLIAMS and | ) | Distribute 50 or More Grams of |
| LEONARD ANDERSON | ) | Cocaine Base (Crack) and a |
|  | ) | Quantity of Marijuana |
|  | ) | |
|  | ) | 21 U.S.C. § 841(a)(1) |
|  | ) | Possession with Intent to Distribute |
|  | ) | 50 or More Grams of Cocaine |
|  | ) | Base (Crack) and a |
|  | ) | Quantity of Marijuana |
|  | ) | |
|  | ) | 21 U.S.C. § 853 |
|  | ) | Forfeiture |

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Beginning sometime in, on, or about 2010, the exact date being unknown to the grand jury, and continuing through May 10, 2010, in Chatham County, in the Southern District of Georgia, the defendants,

**HERMAN FELIX WILLIAMS and
LEONARD ANDERSON,**

aided and abetted by other persons both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to commit offenses against the United States, to wit: to possess with intent to distribute and to distribute 50 grams or more of cocaine base (crack), a Schedule II controlled substances, and a quantity of marijuana, a Schedule I controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, all done in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 10, 2010, in Chatham County, in the Southern District of Georgia, the defendants,

**HERMAN FELIX WILLIAMS and
LEONARD ANDERSON,**

aided and abetted by other persons both known and unknown, did knowingly and intentionally possess with intent to distribute 50 grams or more of cocaine base (crack), a Schedule II controlled substance, and a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

1.  The allegations contained in Count(s) 1 & 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2.  Upon conviction of any Count(s) of this Indictment, the named Defendants shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds Defendants obtained, directly or indirectly, as the result of such violation(s) as well as any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

3.  If any property subject to forfeiture as a result of any act or omission of the Defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 21 U.S.C. § 853.

A True Bill.

_____
Edward J. Tarver
United States Attorney

_____
Foreperson

_____
James D. Durham
First Assistant United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Darrin L. McCullough**
Assistant United States Attorney

**Lead Counsel