IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. CR410-153 |
| ) | |
| HERMAN FELIX WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Before the Court is Defendant Herman Williams's motion to have his record expunged. (Doc. 93.) The Court is unaware of any authority by which it could expunge Defendant's conviction. Additionally, the Eleventh Circuit has "joined several other circuits in holding that 'federal courts do not have subject-matter jurisdiction over [expungement] motions, whether directed toward judicial records or the executive branch' because they do not present a question over which courts have ancillary jurisdiction." United States v. Jones, No. CR497-165, 2020 WL 1061677, at *1 (S.D. Ga. Mar. 4, 2020) (quoting United States v. Adalikwu, 757 F. App'x 909, 911 (11th Cir. 2018) (per curiam)). Accordingly, Defendant's motion (Doc. 93) is **DENIED**.

SO ORDERED this 20th day of March 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA